IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02625-MEH

ALFRED TRUJILLO, and
JOE L. RIVAS, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

MACHOL & JOHANNESS, LLC,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 15, 2015**.

    Before the Court is Defendant's Motion to Strike Joe E. Rivas as a Plaintiff [filed June 12, 2015; docket #27]. Defendant asks the Court to "strike Joe E. [sic] Rivas as a plaintiff in this case a[n]d to dismiss his claims without prejudice" and further requests that the Court order Mr. Rivas to file an amended complaint "together with a motion to sever such claims," yet Defendant cites no authority to support Court action on either request. *See* D.C. Colo. LCivR 7.1(d). Further, Defendant's prayer for relief does not align with the content of the entirety of the motion. In sum, Defendant's motion is, at best, confusing. Therefore, the motion is **denied without prejudice**.