IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02625-MEH

ALFRED TRUJILLO, on behalf of himself and others similarly situated,

    Plaintiffs,

v.

MACHOL & JOHANNESS, LLC,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2015.**

    The Joint Motion for Approval of Modified Class Notice [filed October 7, 2015; docket #41] is **granted**. The modified notice shall be mailed to the Class no later than October 16, 2015. In the event that class administrator, High Cotton, is unable to effectuate the mailing by that date, American Legal shall be used to mail the notice and administer the settlement.